# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 26, 2017

## NO. 03-17-00575-CR

**Jamie Fletcher, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, FIELD, AND BOURLAND
### DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE PURYEAR

Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal.

Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent

and unable to pay costs, no adjudication of costs is made.